IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

AYAEL JADE AMARE,

    Plaintiff,

v.    Civil Action No. 5:22-cv-00005

LAZER SPOT, INC.,

    Defendant.

## NOTICE OF SATISFACTION OF JUDGMENT

A judgment was entered in favor of Plaintiff Ayael Jade Amare against Defendant Lazer Spot, Inc. on May 31, 2024, on Defendant's offer of judgment pursuant to Fed. R. Civ. P. 68, in the amount of $100,000.00. [Doc. 106].

Plaintiff Ayael Jade Amare acknowledges that the judgment has been paid in full and completely satisfied by the Defendant. Plaintiff desires to release the judgment entered May 31, 2024, in the amount of $100,000.00. [Doc. 106]. Plaintiff requests that the Clerk note that the judgment has been satisfied in full and release any liens.

Dated: August 15th, 2024

                              Respectfully submitted,

                              Terry L. Armentrout (VSB #29066)
                              Armentrout Accident & Injury Law, LLC
                              139 N. Liberty Street, Suite 202
                              Harrisonburg, Virginia 22802
                              Telephone: 540-564-1466
                              Facsimile: 540-434-7929
                              armentrout@thevirginialawyers.com
                              *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 15th, 2024, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to counsel of record.

                                                             Terry L. Armentrout (VSB #29066)
                                                             Armentrout Accident & Injury Law, LLC
                                                             139 N. Liberty Street, Suite 202
                                                             Harrisonburg, Virginia 22802
                                                             Telephone: 540-564-1466
                                                             Facsimile: 540-434-7929
                                                             armentrout@thevirginialawyers.com
                                                             *Counsel for Plaintiff*